UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JORDAN,                    )<br>                                   )<br>          Plaintiff(s),           )   No. C04-5114 BZ<br>                                   )<br>     v.                           )<br>                                   )<br>DEFINITY HEALTH CORP.,             )   **CONDITIONAL ORDER OF**<br>                                   )   **DISMISSAL**<br>          Defendant(s).            )<br>_____) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  September 13, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

1